# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | Case No: 18 CR 495 |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| Ivan Parker | ) | |
| Defendant | ) | |

## ORDER

Detention hearing held on 8/15/18 as to Defendant Ivan Parker. Attorney Richard Kling appeared on behalf of the defendant. The Government's oral motion to detain the defendant based on being a risk of flight and a danger to the community is hereby granted. Defendant waives his right to a bond determination hearing at this time without prejudice. A status on preliminary examination hearing is reset to 8/21/18 at 11:00 a.m. in Courtroom 1041. Detention order to follow. Defendant is to remain in federal custody.

(T:00:05)

Date: <u>August 15 2018</u>

_____
Magistrate Judge Maria Valdez