IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| United States of America | ) | |
|---|---|---|
| Plaintiffs | ) | Case No: 18 CR 495-1 |
| v. | ) | |
| | ) | |
| | ) | Judge Maria Valdez |
| Ivan Parker | ) | |
| Defendant | ) | |
| | ) | |

## ORDER

Case called for status hearing on 8/21/18 as to defendant Ivan Parker. Defendant's counsel advised the Court that defendant is waiving his right to a preliminary examination hearing, therefore the status hearing set for 8/21/18 at 11:00 a.m. is hereby stricken. The defendant is therefore bound to the District Court, and will remain in federal custody.

Date: August 21, 2018

_____
MARIA VALDEZ
United States Magistrate Judge