(1)

IN THE
United States District Court
For The Northern District of Illinois
Eastern Division

United States of America

No. 18 CR 495

Plaintiff

vs.

Ivan Parker

The Honorable Judge
Maria Valdez

Defendant.

Motion For Time Limits And Exclusions Section 3161.

Now Comes The Defendant, Ivan Parker, Respectfully Requests That This Honorable Court Enter An Order requiring the Goverment To Dismiss With Specificity.

(a) In any case involving a defendant charged with an offense, The Appropriate Judicial Officer, At The Earliest Practicable Time, Shall, After Consultation With The Counsel For The Defendant And The Attorney For The Goverment, Set The Case For Trial On A Day Certain, or list it for Trial on a weekly or other short-term trial Calendar At a place within the Judicial District, so as to assure a Speedy trial.

(B) Any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges. If an individual has been charged with a felony in a district in which no grand jury has been in session during such thirty-day period, the period of time for filing of the indictment shall be extended an additional thirty days.

(C) (1) In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs. If a defendant consents in writing to be tried before a Magistrate [United States Magistrate Judge] on a complaint, the trial shall commence within seventy days from the date of such consent.

(2) Unless the defendant consents in writing to the contrary, the trial shall not commence less than thirty days from the date on which the defendant first appears

through counsel or expressly waives counsel and elects to proceed pro se.

(d)(1) If any indictment or information is dismissed upon motion of the defendant, or any charge contained in a complaint filed against an individual is dismissed or otherwise dropped, and thereafter a complaint is filed against such defendant or individual charging him with the same offense or an offense based on the same conduct or arising from the same criminal episode, or an information or indictment is filed charging such defendant with the same offense or an offense based on the same conduct or arising from the same criminal episode, the provisions of subsections (b) and (c) of this section shall be applicable with respect to such subsequent complaint, indictment, or information, as the case may be.

(2) If the defendant is to be tried upon an indictment or information dismissed by a trial court and reinstated following an appeal, the trial shall commence within seventy days from the date the action occasioning the trial becomes final, except that the court retrying the case may extend the period for trial not to exceed one

(4)

Hundred and eighty days from the date the action occasioning the trial becomes final if the unavailability of witnesses or other factors resulting from the passage of time shall make trial within seventy days impractical. The periods of delay enumerated in section 3161(h) [18 USCS § 3161(h)] are excluded in computing the time limitations specified in this section.

The Defendant IVAN PARKER accordingly asks this Honorable Court to grant the instant motion.

Respectfully Submitted

IVAN PARKER

*Ivan Parker*

IVAN PARKER 52195194
METROPOLITAN CORRECTIONAL CENTER
71 WEST VAN BUREN STREET
CHICAGO IL ~~60605~~ -60605

LEGAL MAIL

10/23/2018-31

LEGAL MAIL

THOMAS G. BRUTON-CLERK
219 S. DEARBORN
CHICAGO IL. 60604

S SUBURBAN IL 604
17 OCT 2018 PM 8 L

1. METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 10-17-2018