UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IVAN PARKER | No. 18 CR 495<br><br>Judge Sara L. Ellis |

## GOVERNMENT RESPONSE TO DEFENDANT'S MOTION IN LIMINE

The UNITED STATES OF AMERICA, by and through its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, responds to defendant Ivan Parker's motion in limine.

Specifically, defendant has moved the Court to exclude evidence of the firearm and crack cocaine found during the search of his apartment. R. 70. The government does not plan to introduce this evidence as part of its case in chief. The government does reserve the possibility, however, of using the firearm and/or the crack cocaine as impeachment evidence or in response to any defense case.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:   *s/ Christine M. O'Neill*
TOBARA S. RICHARDSON
CHRISTINE M. O'NEILL
Assistant United States Attorneys
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-4305

Dated: October 21, 2019