# United States v. Ivan Parker, 18 CR 495
# Exhibit List

| # | Description | Date | Objection/Admissibility |
|---|---|---|---|
| 001 | Parker Photograph<br>Booking photograph of defendant which shows his tattoo, at issue in the identification of the robber | 07/25/2011 | |
| 002 | Trash pull -WalMart receipt, Green Bay, 7/28/18, $570 cash<br>From trash pull done outside defendant's apartment building, which shows the proceeds of the robbery | 07/28/2018 | |
| 003 | Apt 2ER SW – currency exchange receipt<br>Recovered from defendant's apartment, shows receipt for $2650 money order made several hours after the robbery | 07/27/2018 | |
| 004 | Apt 2ER SW –Kay Jewelers receipt, Green Bay 7/28/18, $525 cash<br>Recovered from defendant's apartment, shows proceeds of the robbery | 07/28/2018 | |
| 005 | Apt 2ER SW – Kay Jewelers receipt, Green Bay, 7/29/18, $560 cash<br>Recovered from defendant's apartment, shows proceeds of the robbery | 07/29/2018 | |
| 006 | Apt 2ER SW – Buckle receipt, Green Bay, 7/29/18, $420 cash<br>Recovered from defendant's apartment, shows proceeds of the robbery | 07/29/2018 | |
| 007 | Apt 2ER SW – Kay Jewelers, Green Bay, 7/30/18, $1000 cash<br>Recovered from defendant's apartment, shows proceeds of the robbery | 07/30/2018 | |
| 008 | Apt 2ER SW – Walmart receipt, Chicago, 8/7/18, $900 cash<br>Recovered from defendant's apartment, shows proceeds of the robbery | 08/07/2018 | |
| 009 | Apt 2ER SW – Burlington receipt, Chicago, 8/7/18, $222<br>Recovered from defendant's apartment, shows proceeds of the robbery | 08/07/2018 | |
| 010 | Apt 2ER SW – Cook Bros receipt, Chicago, 8/7/18, $800 cash<br>Recovered from defendant's apartment, shows proceeds of the robbery | 08/07/2018 | |
| 011 | Apt 2ER SW – Kay Jewelers receipt, Green Bay, 8/8/18 earrings, $500 cash | 08/08/2018 | |

| | | | |
|---|---|---|---|
| | Recovered from defendant's apartment, shows proceeds of the robbery | | |
| 012 | Apt 2ER SW – Buckle receipt, Green Bay, 8/8/18, $200 cash | 08/08/2018 | |
| | Recovered from defendant's apartment, shows proceeds of the robbery | | |
| 013 | Apt 2ER SW – Cook Bros receipt, Chicago, 8/8/18, $101 | 08/08/2018 | |
| | Recovered from defendant's apartment, shows proceeds of the robbery | | |
| 014 | Apt 2ER SW – Beats headphones | 08/10/2018 | |
| | Photograph taken in defendant's apartment, shows proceeds of the robbery | | |
| 015 | Apt 2ER SW – Clothes with tags | 08/10/2018 | |
| | Photograph taken in defendant's apartment, shows proceeds of the robbery | | |
| 016 | Apt 2ER SW -- Cook brothers letter | 08/10/2018 | |
| | Photograph taken in defendant's apartment, shows proceeds of the robbery | | |
| 017 | Apt 2ER SW – New furniture boxes | 08/10/2018 | |
| | Photograph taken in defendant's apartment, shows proceeds of the robbery | | |
| 018 | Apt 2ER SW – TV with sticker | 08/10/2018 | |
| | Photograph taken in defendant's apartment, shows proceeds of the robbery | | |
| 019 | Apt 2ER SW – Play Station and games | 08/10/2018 | |
| | Photograph taken in defendant's apartment, shows proceeds of the robbery | | |
| 020 | Apt 2ER SW – New shoes 1 | 08/10/2018 | |
| | Photograph taken in defendant's apartment, shows proceeds of the robbery | | |
| 021 | Apt 2ER SW – New shoes 2 | 08/10/2018 | |
| | Photograph taken in defendant's apartment, shows proceeds of the robbery | | |
| 022 | Apt 2ER SW – New shoes 3 | 08/10/2018 | |
| | Photograph taken in defendant's apartment, shows proceeds of the robbery | | |
| 023 | Apt 2ER SW – New shoes 4 | 08/10/2018 | |
| | Photograph taken in defendant's apartment, shows proceeds of the robbery | | |
| 024 | Apt 2ER SW – New shoes 5 | 08/10/2018 | |
| | Photograph taken in defendant's apartment, shows proceeds of the robbery | | |
| 025 | Apt 2ER SW – New shoes 6 | 08/10/2018 | |

| | | | |
|---|---|---|---|
| | Photograph taken in defendant's apartment, shows proceeds of the robbery | | |
| 026 | Joliet SW – cash in shopping bag | 08/10/2018 | |
| | Recovered from defendant's sister's apartment, shows proceeds of the robbery | | |
| 027 | Joliet SW – cash stacks | 08/10/2018 | |
| | Recovered from defendant's sister's apartment, shows proceeds of the robbery | | |
| 028 | Joliet SW – new chairs | 08/10/2018 | |
| | Photograph taken in defendant's sister's apartment, shows proceeds of the robbery | | |
| 029 | Joliet SW – TV with sticker | 08/10/2018 | |
| | Photograph taken in defendant's sister's apartment, shows proceeds of the robbery | | |
| 030 | Defendant arrest – Buckle receipt | | |
| | Recovered from defendant's wallet, shows proceeds of the robbery | | |
| 031 | Defendant arrest – Kay Jewelers receipt | | |
| | Recovered from defendant's wallet, shows proceeds of the robbery | | |
| 032 | Defendant arrest – Receipt from bank account $37 | | |
| | Recovered from defendant's wallet, shows defendant's lack of funds immediately preceding the robbery | | |
| 033 | Chase ATM still image | 07/27/2018 | |
| | Defendant with bandage on neck | | |
| 034 | Joliet SW – living room | 09/14/2018 | |
| | Photograph taken in defendant's sister's apartment | | |
| 035 | Joliet SW – shopping bag | 09/14/2018 | |
| | Photograph taken in defendant's sister's apartment | | |
| 036 | Sarnecki photos with pepper spray | 07/27/2018 | |
| | Shows victim after the robbery | | |
| 037 | Apt 2ER SW – Brinson Bank of America cards | 08/10/2018 | |

| | | | |
|---|---|---|---|
| | Match the card used to swipe into the ATM vestibule on the morning of the robbery | | |
| 101 | Phone Call Group Exhibit 1 (Jail Call 1) <br> Excerpts from jail call between defendant and his sister, in which they discuss that defendant sent a man to her with cash | 08/17/2018 | Possible objection |
| 102 | Phone Call Group Exhibit 2 (Jail Call 2) <br> Excerpt from jail call between defendant and his sister, in which they discuss sister's address | 08/17/2018 | Possible objection |
| 103 | 2616 W. 26th Street – Early morning (Bates 12 -1) <br> Video of defendant traveling to the robbery | 07/27/2018 | |
| | Stills from Ex 103 | 07/27/2018 | |
| 104 | Chase Bank 1 – Inside ATM (51-1) <br> Video of the robbery, view from inside the ATM being loaded | 07/27/2018 | |
| | Still from Ex 104 | 07/27/2018 | |
| 105 | Chase Bank 2 – Outside ATM (51-2) <br> Video of the robbery, view from another angle facing the ATM being loaded | 07/27/2018 | |
| | Stills from Ex 105 | 07/27/2018 | |
| 106 | Loomis 1 – Outside Chase (Bates 5-1) <br> Video of defendant and victim entering the Chase ATM vestibule before the robbery | 07/27/2018 | |
| | Stills from Ex 106 | 07/27/2018 | |
| 107 | Loomis 2 – Street (Bates 5-2) <br> Video of defendant fleeing the Chase ATM vestibule after the robbery | 07/27/2018 | |
| | Stills from Ex 107 | 07/27/2018 | |
| 108 | 2616 W. 26th Street – Running (Bates 12-2) <br> Video of defendant on his path from the robbery to home, running and holding a black bag | 07/27/2018 | |
| | Stills from Ex 108 | 07/27/2018 | |

| | | | |
|---|---|---|---|
| 109 | 4267 W. Cermak 1- Fence (Bates 7-1)<br>Video of defendant on his path from the robbery to home, abandoning a bicycle and jumping over a fence, holding a black bag | 07/27/2018 | |
| | Stills from Ex 109 | 07/27/2018 | |
| 110 | 4267 W. Cermak 3 – Gate (Bates 7-3)<br>Video of defendant on his path from the robbery to home, holding a black bag | 07/27/2018 | |
| | Stills from Ex 110 | 07/27/2018 | |
| 111 | 4267 W. Cermak 5 – Gate from Above (Bates 7-5)<br>Video of defendant on his path from the robbery to home, holding a black bag | 07/27/2018 | |
| | Stills from Ex 111 | 07/27/2018 | |
| 112 | 4233 W. Cermak – View of 4244 West Cermak (Bates 6)<br>Video of defendant on his path from the robbery to home, entering his building | 07/27/2018 | |
| | Stills from Ex 112 | 07/27/2018 | |
| 113 | Chase Bank 3<br>Video of the robbery, view from second ATM | 07/27/2018 | |
| 201 | Transcript of Phone Call Group Exhibit 1 | 08/17/2018 | Possible objection |
| 202 | Transcript of Phone Call Group Exhibit 2 | 08/17/2018 | Possible objection |
| 301 | Secretary of State Records – Defendant Vehicle<br>Self-authenticating records that show defendant's purchase of a vehicle on 8/8, shows proceeds of the robbery | 08/08/2018 | |
| 302 | Currency exchange documents<br>Money order for $2650 from Felicia Brinson (defendant's girlfriend) to Yousif Khan (landlord) on 7/27, shows proceeds of the robbery | 07/27/2018 | |
| 303 | Chase receipts for loss amount<br>Print out from ATM, showing loss amount | 07/27/2018 | |
| 304 | Loomis ATM Service Order<br>Loomis record of Chase work order for 7/27/2018 | 07/27/2018 | |
| 305 | Chase demand letter to Loomis | 08/22/2018 | |

| | | | |
|---|---|---|---|
| | Letter Loomis received from Chase, stating the robbery loss amount | | |
| 306 | Kay Jewelers records<br>Business records of Kay Jewelers showing purchases made that correspond with the receipts for purchases found in defendant's apartment. | 07/28/2018 | |
| 307 | Cook Brothers records<br>Business records of Cook Brothers showing purchases made that correspond with the receipts for purchases found in defendant's apartment. | 08/07/2018 | |
| 401 | Apt 2ER SW – Defendant social security card<br>Recovered from defendant's apartment, shows proof of residency | 08/10/2018 | |
| 402 | Apt 2ER SW - $6400 cash<br>Recovered from defendant's apartment, shows proceeds of robbery | 08/10/2018 | |
| 403 | Apt 2ER SW - $450 cash<br>Recovered from defendant's apartment, shows proceeds of robbery | 08/10/2018 | |
| 404 | Apt 2ER SW – Bandage<br>Recovered from defendant's apartment, shows type of bandage used to cover defendant's tattoo | 08/10/2018 | |
| 405 | Apt 2ER SW – Jewelry -- gold earrings, box and bag<br>Recovered from defendant's apartment, shows proceeds of robbery | 08/10/2018 | |
| 406 | Apt 2ER SW – Jewelry – silver earrings, box and bag<br>Recovered from defendant's apartment, shows proceeds of robbery | 08/10/2018 | |
| 407 | Apt 2ER SW – Jewelry – necklace<br>Recovered from defendant's apartment, shows proceeds of robbery | 08/10/2018 | |
| 408 | Apt 2ER SW – Illinois Dept Revenue records (purchase of vehicle)<br>Recovered from defendant's apartment, shows proceeds of robbery | 08/10/2018 | |
| 409 | Joliet SW - $24,780 cash<br>Recovered from defendant's sister's apartment, shows proceeds of robbery | 09/14/2018 | |
| 410 | Defendant arrest – diamond earrings<br>Recovered from defendant, shows proceeds of robbery | 08/10/2018 | |

| 411 | Defendant arrest - $642 cash  Recovered from defendant's person and defendant's wallet, shows proceeds of robbery | 08/10/2018 | |
|---|---|---|---|
| 412 | Defendant arrest – Defendant ID  Recovered from defendant's wallet, shows ownership of wallet | 08/10/2018 | |
| 413 | Apt 2ER SW - Pepper spray  Recovered from defendant's apartment, pepper spray used in robbery | 08/10/2018 | |